**2002–1194. Cincinnati Community Kollel v. Zaino.**

Board of Tax Appeals, No. 99–P–1578. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appearing from the records of this case that appellant has not filed with this court proof of the filing of the notice of appeal with the Board of Tax Appeals as required by R.C. 5717.04,

IT IS ORDERED by the court that appellant show cause, within 14 days of the date of this entry, why this case should not be dismissed.

**2002–1198. Cincinnati Community Kollel v. Zaino.**

Board of Tax Appeals, No. 99–P–1579. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appearing from the records of this case that appellant has not filed with this court proof of the filing of the notice of appeal with the Board of Tax Appeals as required by R.C. 5717.04,

IT IS ORDERED by the court that appellant show cause, within 14 days of the date of this entry, why this case should not be dismissed.

**2002–1297. N. Olmsted City School Dist. Bd. of Edn. v. Cuyahoga Cty. Aud.**

Board of Tax Appeals, No. 99–N–1728. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to remand to the Board of Tax Appeals,

IT IS ORDERED by the court that the motion to remand be, and hereby is, granted.

**2002–1494. State ex rel. Talley v. Gorman.**

Montgomery App. No. 19172. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion for appointment of counsel and request for extension of time to file merit brief,

IT IS ORDERED by the court the motion for appointment of counsel be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that the request for extension of time be, and hereby is, granted, and the time for filing appellant's merit brief is hereby extended to December 2, 2002.

**2002–1674. Maestle v. Best Buy Co.**

Cuyahoga App. No. 79827. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Cuyahoga County. It appearing to the court that the appellees herein also filed a copy of the court of appeals' order, certifying a conflict with this court, which was assigned case No. 2002–1675,

IT IS ORDERED by the court, sua sponte, that the copy of the court of appeals' order certifying a conflict filed in case No. 2002–1675 is deemed filed in this case as a second copy of the court of appeals' order certifying a conflict.

IT IS FURTHER ORDERED that appellants herein shall proceed as appellants/cross-appellees and appellees herein shall proceed as appellees/cross-appellants.

# MISCELLANEOUS DISMISSALS

**2001–1957. Robson v. Allstate Ins. Co.**

Delaware App. No. 01CAE03007. This cause is pending before the court as an appeal from the Court of Appeals for Delaware County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective October 15, 2002.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.